FILED

10/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0112

_____

WATER FOR FLATHEAD'S FUTURE, INC.,
AMY WALLER, STEVEN MOORE, and
CYNTHIA EDSTROM,

      Plaintiffs and Appellees,

  v.

MONTANA DEPARTMENT OF                                          O R D E R
ENVIRONMENTAL QUALITY,

      Defendant and Appellant,

  and

MONTANA ARTESIAN WATER COMPANY,

      Intervenor-Defendant and Appellant.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 26 2022